The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL PRODUCTS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>LIFEDGE LTD. and SCANSTRUT LTD.,<br><br>Defendants. | Case No. 2:12-cv-01865<br><br>**STIPULATED MOTION AND ORDER REQUESTING RELIEF FROM DEADLINE TO FILE JOINT SUBMISSION OF POTENTIAL TECHNICAL ADVISORS**<br><br>**Note On Motion Calendar:**<br>**April 15, 2013** |

     Plaintiff National Products, Inc. ("NPI") and Defendants Lifedge Ltd. and Scanstrut Ltd. (collectively, "Defendants") respectfully stipulate and move for relief from the Court's April 22, 2013 deadline for the parties to jointly submit the resumes of three qualified individuals who are willing to serve as a technical advisor in this matter. *See* Dkt. No. 20, Minute Order Setting Trial Date & Related Dates.

     The parties believe that a technical advisor is unnecessary. The technology covered by the patent asserted in this action is uncomplicated and should not be difficult for the Court to understand. U.S. Patent No. 7,495,895 ("the '895 patent") is generally directed to a protective cover for a touch sensitive device, such as an iPad. *See* Dkt. No. 1, Ex. A. This is a purely mechanical invention, and the parties agree that no specialized technical expertise

STIPULATED MOTION REQUESTING RELIEF
FROM DEADLINE AND [PROPOSED] ORDER   - 1 -
Case No. 2:12-CV-01865
FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511

1  (i.e., knowledge of engineering, chemistry, or other scientific subject) is required for the
2  Court to understand the single claim asserted by NPI in this patent infringement lawsuit.  In
3  addition, locating three neutral technical experts in this field will be difficult and expensive.
4      For these reasons, NPI and Defendants respectfully request that the Court relieve the
5  parties from the April 22, 2013 deadline to jointly submit potential technical advisors.

7      RESPECTFULLY SUBMITTED this 15th day of April, 2013.

By: *s/Ewa M. Davison*　　　　　　　　　　By: *s/Gina Vogel Culbert*
    David K. Tellekson, WSBA No. 33523　　    Gina Vogel Culbert, WSBA No. 30213
    Ewa M. Davison, WSBA No. 39524　　　    Allison S. Wallin, WSBA No. 24285
    Jeffrey A. Ware, WSBA No. 43779　　　    Columbia Center
    1191 Second Avenue, 10th Floor　　　　    701 Fifth Avenue, Suite 4100
    Seattle, Washington 98101　　　　　　    Seattle, Washington 98104
    Phone:　206-389-4510　　　　　　　    Phone:　206-342-6259
    Fax:　206-389-4511　　　　　　　　    Fax:　206-342-6201
    Email:　dtellekson@fenwick.com　　　    Email:　rculbert@merchantgould.com
          edavison@fenwick.com　　　　　        awallin@merchantgould.com
          jware@fenwick.com

Attorneys for Defendants
Attorneys for Plaintiff　　　　　　　　　Lifedge Ltd. and Scanstrut Ltd.
National Products, Inc.

STIPULATED MOTION REQUESTING RELIEF
FROM DEADLINE AND [PROPOSED] ORDER  - 2 -
Case No. 2:12-CV-01865

Fenwick & West LLP
1191 Second Avenue, 10th Floor
Seattle, Washington 98101
telephone 206.389.4510
facsimile 206.389.4511

**ORDER**

Based on the foregoing, **IT IS SO ORDERED**.

Dated this 23rd day of April, 2013.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATED MOTION REQUESTING RELIEF
FROM DEADLINE AND [PROPOSED] ORDER   - 3 -
Case No. 2:12-CV-01865

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511